■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN CARTAGENA, Appellant. [619 NYS2d 546] —Judgment, Supreme Court, Bronx County (William H. Wallace, III, J.), rendered March 5, 1992, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a second felony offender, to a term of 10 to 20 years to be served concurrently with a sentence imposed on an unrelated indictment, unanimously affirmed.

Defendant failed to preserve his CPL 30.30 speedy trial claim by asserting generally that the People's statements of readiness had not been made in good faith, and listing the dates during which he had appeared before the lower court, without giving any factual basis for his contentions (People v Thomas, 200 AD2d 419, lv denied 83 NY2d 877), and we decline to review it in the interest of justice. In any event, the claim is without merit. Concur—Ross, J. P., Asch, Rubin, Nardelli and Tom, JJ.

■ RAFAEL PINTOS, Appellant, v RELATED MANAGEMENT CORP. et al., Respondents. [619 NYS2d 547] —Order, Supreme Court, New York County (Elliott Wilk, J.), entered on or about January 19, 1994, unanimously affirmed for the reasons stated by Wilk, J., without costs and disbursements. No opinion. Concur—Ross, J. P., Asch, Rubin, Nardelli and Tom, JJ.